**In the Matter of: Alexis Mager LAKUSTA, Debtor,**

by 9th Cir. R. 36–3.

**Alexis Mager Lakusta, Appellant,**

v.

**Mark H. Evans; Sharon La Fountain; Alvin C. Silbernagel, Appellees.**

No. 07–16596.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 12, 2009.*

Filed June 5, 2009.

Alexis Mager Lakusta, Menlo Park, CA, pro se.

Mark H. Evans, Saratoga, CA, pro se.

Before: KOZINSKI, Chief Judge, BROWNING and SKOPIL, Circuit Judges.

## MEMORANDUM **

The bankruptcy court's order declared Lakusta a vexatious litigant and enjoined him from further filings barred by collateral estoppel. We affirm that order because the bankruptcy court met all the procedural requirements set forth in *De Long v. Hennessey*, 912 F.2d 1144, 1146 (9th Cir. 1990).

We deny Lakusta's pending motions requesting additional time to object to Evans' request for sanctions, and we deny Evans' request for sanctions. We decline at this time to impose pre-filing restrictions on Lakusta with regard to future appeals. *See Moy v. United States*, 906 F.2d 467, 470 (9th Cir.1990). We are concerned, however, that all three appeals Lakusta filed with this court were dismissed for failure to prosecute, and two were reinstated only after numerous unexplained delays. Thus, further appeals may be deemed frivolous and subject to monetary sanctions under Federal Rule of Appellate Procedure 38.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

